UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacob Chaffin Wall , <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. | No.   1:24−CV−00356−SAB SS <br><br> ORDER RE CONSENT OR <br> REQUEST FOR REASSIGNMENT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case was randomly assigned to Magistrate Judge Stanley A. Boone.  Without the written consent of all parties, pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case.  Accordingly, within 90 days, all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment.

DATE:   March 28, 2024

UNITED STATES MAGISTRATE JUDGE

by: /s/  C. Marrujo
Deputy Clerk