# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CHAFFIN WALL, <br>     Plaintiff, <br> vs. <br> COMMISSIONER OF SOCIAL SECURITY, <br>     Defendant. | Case No. 1:24-cv-00356-SAB <br><br> ORDER RE STIPULATION FOR EXTENSION OF TIME <br><br> (ECF No. 12) <br><br> DEADLINE: JULY 24, 2024 |

On June 20, 2024, a stipulation was filed to extend time for Plaintiff to file an opening brief in this matter. (ECF No. 12.)

    Based on the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that:

    1.    Plaintiff's opening brief shall be filed on or before **July 24, 2024**; and

    2.    All other dates in the scheduling order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 20, 2024**

                                               UNITED STATES MAGISTRATE JUDGE